THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS WIGDOWITZ, Appellant, v. "JOHN DOE," as Warden of Kings County Jail, and Others, Respondents. — Order denying motion for writ of habeas corpus affirmed on argument. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

REDONDO STEAMSHIP COMPANY, INC., Appellant, v. IRVING BANK-COLUMBIA TRUST COMPANY, Respondent, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOSEPH SHORWITZ, Appellant, v. FERDINAND A. GRANER and ANNIE S. GRANER, Respondents.— Judgment and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

WELCH-WILMARTH CORPORATION, Respondent, v. MARTIN's, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. We think the intention of the parties can best be determined after a trial. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

LOUIS ZIBIN, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment reversed upon the law and new trial granted, costs to abide the event, upon authority of *Plant & Ahrens, Inc., v. Brooklyn, Queens County & Suburban Railroad Co.* [*ante,* p. 836], decided herewith. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

DAVID L. MOFFATT, Respondent, v. OLE O. ODEGAARD, Appellant.— Application denied, with ten dollars costs.

WILLIAM J. STELZENMULLER, Appellant, v. JACK MEIZEL, etc., Respondent.— Application denied, with ten dollars costs.

LOUISE M. BENNETT, as Administratrix, etc., of JACOB BENNETT, Deceased, Respondent, v. TOWN OF KENT, Defendant. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

EDWIN L. GARVIN and FREDERICK T. KELSEY, as Coreceivers of the SHERMAN WOODWORKING CO., INC., Respondents, v. JOHN W. BISSINGER and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HELENA GRAICHEN, Respondent, v. ALBERT GRAICHEN, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of GENERAL LINEN SUPPLY & LAUNDRY COMPANY, INC., for an Order Directing that an Arbitration Proceed between the Said GENERAL LINEN SUPPLY & LAUNDRY COMPANY, INC., Respondent, and NEW YORK LINEN SUPPLY & LAUNDRY COMPANY, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.